# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| STEVEN A. NERGER, not individually, but solely as assignee for the benefit of creditors of CLARK FOODSERVICE, INC. and CLARK PRODUCTS, INC., | ) ) ) ) | Case No. 10-12406 |
| Plaintiff, | ) ) | Hon. Patrick J. Duggan |
| v. | ) | |
| TUBBY'S SUB SHOPS, INC. d/b/a SUBPERIOR DISTRIBUTION SYSTEMS, INC. | ) ) ) | |
| Defendant. | ) | |

## AGREED ORDER AND STIPULATION OF DISMISSAL

All matters in controversy having been fully compromised and settled, the parties hereto, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-referenced matter under the terms set forth in this Order and their settlement agreement (the "Settlement Agreement"), and the Court having reviewed and considered the foregoing and being otherwise sufficiently advised, it is hereby STIPULATED and AGREED UPON by the undersigned parties and ORDERED by the Court that:

1.      The claims of Plaintiff, Steven A. Nerger, not individually but solely as assignee for the benefit of creditors (the "Assignee") of Clark Products, Inc. and its affiliated entities (collectively, "Clark") against Tubby's Sub Shops, Inc. d/b/a Subperior Distribution Systems, Inc. ("Tubby's") are hereby dismissed with prejudice, subject only to the Assignee's right to reopen the case for entry of a consent judgment in the event of default by Tubby's under the terms of the Settlement Agreement; and

2.      This Court shall retain jurisdiction over this matter in order to enforce the terms of the Settlement Agreement.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  January 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 28, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**STIPULATED AND AGREED TO BY*:*
STEVEN A. NERGER, SOLELY AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF CLARK PRODUCTS, INC.**

**TUBBY'S SUB SHOPS, INC.**

FREEBORN & PETERS LLP

By:   /s/   Devon J. Eggert

  One of His Attorneys

  David C. Gustman
  Terrence J. Sheahan

BELLANCA, BEATTIE AND DELISLE, P.C.

By:  /s/   Costanzo Z. Lijoi (with permission)

  One of Its Attorneys

2

| | |
|---|---|
| Devon J. Eggert | Costanzo Z. Lijoi |
| Attorneys for Plaintiff Steven A. Nerger, Solely As Assignee For The Benefit of Creditors of Clark Products, Inc. ~~Freeborn & Peters LLP~~ | Attorney for Defendant Tubby's Sub Shops, Inc. ~~Bellanca, Beattie and DeLisle, P.C.~~ |
| 311 S. Wacker Dr., Ste. 3000 | 20480 Vernier Road |
| Chicago, Illinois 60606 | Harper Woods, Michigan 48225-1411 |
| Telephone: 312-360-6000 | Telephone: 313-882-1100 |
| Facsimile: 312-360-6572 | Facsimile: 313-882-7630 |

—and

BARRIS, SOTT, DENN & DRIKER, P.L.L.C

By:  __/s/   Josh  J. Moss_____
~~Josh J. Moss~~
        Josh J. Moss
Co-Counsel for Plaintiff ~~Barris, Sott, Denn & Driker, P.L.L.C.~~ Steven A. Nerger, Solely As Assignee For The Benefit of Creditors of Clark Products, Inc.
211 W. Fort St., 15th Floor
Detroit, Michigan 48226
Telephone: 313-965-9725
Facsimile: 313-983-3327

402439